CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 0 7 2014

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

| | | |
|---|---|---|
| **FRANKIE JAE LORDMASTER,** | ) | **Civil Action No. 7:14-cv-00014** |
| **Plaintiff,** | ) | |
| | ) | **MEMORANDUM OPINION** |
| **v.** | ) | |
| | ) | By:   **Michael F. Urbanski** |
| **AUGUSTA CORRECTIONAL** | ) | **United States District Judge** |
| **CENTER PERSONNEL, et al.,** | ) | |
| **Defendant(s).** | ) | |

Frankie Jae LordMaster, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983.  By Order entered January 14, 2014, the court directed plaintiff to submit within 10 days from the date of the Order a statement of assets, an inmate account form, and a certified copy of plaintiff's trust fund account statement for the six-month period immediately preceding the filing of the complaint, obtained from the appropriate prison official.  Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 20 days have elapsed, and plaintiff has failed to comply with the described conditions.  Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court.  Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER:  This ___7___ day of February, 2014.

/s/ Michael F. Urbanski
_____
United States District Judge